## UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED SEP 11 2018

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18-mj-71224-MAG-1 |
| Ryan Ross McKendry-Verhunce | ) | |
| | ) | Charging District: District of Nevada |
| *Defendant* | ) | Charging District's Case No. 13-0013 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: 400 South Virgina Street, Reno, NV | Courtroom No.: Honorable Judge Carla Carry |
|---|---|
| | Date and Time: **9/11/18; TBD** |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/10/2018

*Judge's signature*

Susan van Keulen, Magistrate Judge Susan van Keulen
*Printed name and title*